UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
LEONARDO MORALES,

                Plaintiff,

  -against-                      **MEMORANDUM AND ORDER**
                                        Case No. 18-CV-6906-FB
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
--------------------------------------------------x

*Appearances:*
*For the Plaintiff:*                            *For the Defendant:*
EDDY PIERRE PIERRE                ARTHUR SWERDLOFF
Pierre Pierre Law, P.C.               Assistant United States Attorney
211 East 43rd Street, Suite 608     Eastern District of New York
New York, New York 10017        271 Cadman Plaza East
                                                    Brooklyn, New York 11201

**BLOCK, Senior District Judge:**

       The Court previously awarded plaintiff's counsel $21,741.50 in attorneys' fees, finding that a higher award would constitute a windfall. Plaintiff appealed.

       While the appeal was pending, the Second Circuit decided *Fields v. Kijakazi*, 24 F.4th 845 (2d Cir. 2022), which held that a high effective hourly rate, standing alone, does not constitute a windfall. *See id.* at 854. The parties stipulated to a remand for reconsideration in light of *Fields*.

       Having considered the appropriate factors—(1) the ability and expertise of the

1

attorney(s); (2) the nature and length of the relationship counsel had with the claimant; (3) the claimant's satisfaction with the services provided by counsel; and (4) the uncertainty of an award of benefits, *see id.* at 854-856—without regard to the resulting effective hourly rate, the Court finds that an award of 25% of plaintiff's past benefits would not constitute a windfall.

Accordingly, the Commissioner is ordered to disburse to plaintiff's counsel the $35,829.25 currently withheld from plaintiff's past benefits. Upon receipt, plaintiff's counsel shall remit to plaintiff the $7,902.12 previously awarded pursuant to the Equal Access to Justice Act.

**SO ORDERED.**

    /S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
February 3, 2023